**J.C.N. CONSTRUCTION COMPANY, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Patel Construction Company, Inc., Defendant.**

No. 04–5078.

United States Court of Appeals, Federal Circuit.

Feb. 18, 2005.

Before RADER, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.